ACB-18,329/kab

Albert C. Buglione (ACB-3515)
DE YOE, HEISSENBUTTEL & BUGLIONE, LLC
401 Hamburg Turnpike - P.O. Box 2449
Wayne, New Jersey 07474-2449
(973) 595-6300

Attorneys for County of Passaic, Passaic County Sheriff's Dept., Sheriff Jerry Speziale and William "Bill" Maer

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff(s)<br><br>TAMIR KOZROSH,<br><br>vs.<br><br>Defendant(s)/Counterclaimant(s)<br><br>COUNTY OF PASSAIC, PASSAIC COUNTY SHERIFF DEPARTMENT, JERRY SPEZIALE, AS SHERIFF OF THE PASSAIC COUNTY SHERIFF'S DEPARTMENT, WILLIAM "BILL" MAER, AND JOHN DOES (1-20)<br><br>vs.<br><br>TAMIR KOZROSH<br><br>Defendant(s) | Civil Action No. 07-cv-645(JLL)<br>(CCC)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

In this matter the plaintiff Tamir Kozrosh, does not wish to proceed and is hereby dismissing this cause of action, through the filing of this voluntary Stipulation of Dismissal with Prejudice.

Therefore, this matter is hereby dismissed without costs against either party with prejudice.

DATED: March 25, 2010

                        ASLAN T. SOOBSOKOV, ESQ.

                BY: _____
                        Attorney for the Plaintiff

_____
TAMIR KOZROSH, Plaintiff

_____
Accepted by:
Albert C. Buglione, Esq.
Attorney for the Defendants

SO ORDERED: _____
DATED: 3/31/10

2